## DEFENDANT'S STATEMENT REGARDING GUILTY PLEA

### IN THE SUPERIOR COURT OF
### GORDON COUNTY
### STATE OF GEORGIA

STATE OF GEORGIA

VS.

_Ramon Rafael Collis_

DEFENDANT

_December_ TERM, 2008

CASE NO. _19795_

_Trafficking In Cocaine — More than 28 grms and less than 200 grms_

The Defendant makes the following answers to the Court:

(1) Are you under the influence of any alcohol, drugs, narcotics, or other pills or medications affecting your thinking?
Answer: _No_

(2) Do you understand that you have the constitutional right to remain silent although you have offered a plea of guilty?
Answer: _Yes_

(3) Do you understand what you are charged with in this case?
Answer: _Yes_

(4) Do you understand that upon your plea of guilty you could be imprisoned for as much as _30_ years?
Answer: _Yes_

(5) Has the District Attorney, or your lawyer, or any policeman, law officer or anyone else made any threats to influence you to plea guilty in this case?
Answer: _No_

(6) Has the District Attorney, or your lawyer, or any policeman, law officer or anyone else made any promises, other than possible sentence recommendations to you to plead guilty in this case?
Answer: _No_

(7) Are you entering your plea freely and voluntarily?
Answer: _Yes_

(8) Do you understand that the Court is not bound by any recommendations which the District Attorney may have indicated that he would make in this case?
Answer: _Yes_

(9) Do you understand that the Court could impose a harsher sentence than the sentence recommended by the District Attorney?
Answer: _Yes_

(10) Do you understand that you have a right to a Jury Trial and that in a Jury Trial you are presumed innocent and the State must prove you are guilty beyond a reasonable doubt in order to authorize a conviction?
Answer: _Yes_

GOVERNMENT EXHIBIT 1 1:18CR453

(11) Do you understand that in a Jury Trial you have the right to testify, but you cannot be compelled to testify or give any evidence against yourself?
Answer: Yes

(12) Do you understand that you have a right to confront and cross-examine all witnesses who testify against you?
Answer: Yes

(13) Do you understand that you have the right to subpoena witnesses and the Court can compel witnesses to attend?
Answer: Yes

(14) Do you understand that a guilty plea is a waiver of your right to a Jury Trial and the other rights just mentioned?
Answer: Yes

(15) If the State's recommendation includes probation, do you understand that probation is based on a prison sentence, and if you fail to abide by the terms and conditions, your probation could be revoked and you could be required to serve your time in prison?
Answer: Yes

(16) Have you had time to confer, and have you conferred with your lawyer about this case; and who is your lawyer?
Answer: Yes     My lawyer is James Wyatt

(17) Are you satisfied with the services of your attorney as rendered in your behalf?
Answer: Yes

(18) Have you had time to prepare for this case?
Answer: Yes

(19) Do you authorize and instruct your lawyer to enter a plea of guilty?
Answer: Yes

(20) How do you plead guilty to the charge, guilty or not guilty?
Answer: Guilty to Trafficing In Cocain - Possessin of More Than 28 himstand less than 200 grams

(21) Are you in fact guilty?
Answer: Yes

(22) Have these questions been read to and explained to you?
Answer: Yes

I have read or heard read all of the above questions and answers and understand them, and the answers shown are the ones I give, and they are true and correct.

_____
DEFENDANT

This the 9 day of July, 20 09.

I have read and explained all of the above questions to the defendant and he/she has indicated to me that he/she understands them and that he/she has answered them truly and correctly.

_____
ATTORNEY FOR DEFENDANT

This the 9 day of July, 20 09.